# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 26-5180mJ |
| Vanessa Thompson | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 2113(a) offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

Digitally signed by Patrick E. Chapman
Date: 2026.04.30 09:30:26 -07'00'

MICHAEL BOZZELLI
Digitally signed by MICHAEL BOZZELLI
Date: 2026.04.30 09:25:05 -07'00'

SA Michael Bozzelli, FBI
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

Apr. 30, 2026 @ 10:22 a·m    at    Phoenix, Arizona
Date                                        City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or about April 20, 2024, in the District of Arizona, Defendant VANESSA THOMPSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 3402 W. Bell Road, Phoenix, Arizona 85053, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about May 18, 2024, in the District of Arizona, Defendant VANESSA THOMPSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 4402 E. Thomas Road, Phoenix, Arizona 85018, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 3

On or about May 18, 2024, in the District of Arizona, Defendant VANESSA THOMPSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Desert Financial Credit Union, located at 1245 E. Broadway Road, Tempe, Arizona 85282, the deposits of which were then federally insured by the National Credit Union Administration.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about June 29, 2024, in the District of Arizona, Defendant VANESSA THOMPSON, by force, violence, and intimidation, did attempt to take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 3495 W. Chandler Boulevard, Chandler, Arizona 85226, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Michael Bozzelli, Special Agent for the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2014. I am currently assigned to the FBI Field Office in Phoenix, Arizona. My current responsibilities include investigating a variety of criminal matters, including violent crimes. I have received significant training in investigative and legal matters within the FBI such as conducting searches and seizures of evidence, including searching and seizing digital media from telephone and social media content. In addition, I have been involved in multiple investigations in which residences, vehicles, persons, and digital media, including telephones and social media accounts, have been seized, searched, and examined.

2.    The facts and statements contained in this Statement of Probable Cause are based on information derived from my personal knowledge, training, and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; review of law enforcement databases; the acquisition and review of surveillance footage; witness statements; and analysis of public records.

3.    Because this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all of the relevant facts known to law enforcement officers. Based on the facts set forth below, there is probable cause that VANESSA THOMPSON committed violations of Title 18, United States Code, Section 2113(a), Bank Robbery and Incidental Crimes.

## BASIS FOR PROBABLE CAUSE

4.    The FBI and investigators from the Phoenix, Tempe, Chandler, Mesa, and Scottsdale Police Departments, are investigating a series of seven bank robberies in the

District of Arizona from April 20 to July 20, 2024. For the reasons detailed below, investigators believe the same individuals have committed each of these robberies.

5.   The victim institutions were all federally insured by either the Federal Deposit Insurance Corporation ("FDIC") or the National Credit Union Administration ("NCUA").

### *Summary of Initial Bank Robbery Incidents*

### Robbery 1

6.   On April 20, 2024 at approximately 11:03 AM, a then-unidentified female robbed Wells Fargo Bank, an FDIC federally insured institution, located at 3402 West Bell Road, Phoenix, Arizona 85053. Witnesses to the robbery described the individual as a white female, approximately 5'05" to 5'06" tall, with a petite build and dark hair. Witnesses also described her as wearing a brown baseball hat, a long-sleeved blue shirt, black sunglasses, black leggings, black shoes, and a black backpack purse.

7.   According to witnesses and a review of surveillance footage, the female entered the bank and passed a note, written on the back of a deposit slip, to a bank teller. The note stated, "Give me all the money. No dye packs, no GPS tracker, No 1's 3 (sic) 5's. This is a ROBBERY. We don't want to hurt no one." The teller complied with the demand and gave her $4,600 from the bank drawer. The female then placed the money in her black backpack purse and exited the bank. The female was last seen walking east away from the bank. The still images below were taken from the bank's security footage:



**Robbery 2**

8.      On May 18, 2024 at approximately 10:09 AM, a then-unidentified female robbed the Wells Fargo Bank, an FDIC federally insured institution located at 4402 East Thomas Road, Phoenix, Arizona 85018. Witnesses to the robbery described the individual as a white female, approximately 5'04" to 5'05" in height and 135-140 pounds. Witnesses also described her as wearing a beige sweatshirt with a white cartoon character on the front, a black baseball hat with an "owl café" logo on the front in pink lettering, large round sunglasses, black leggings, white shoes, and carrying a purple handbag.

9.      According to witnesses and a review of surveillance footage, the female entered the bank and, once inside, waited in line for approximately 15 minutes before eventually walking up to bank teller station number four. The female then gave the victim teller a demand note stating, "give me all the 10's, 20's, 50', 100's. No 1's/5's. No tracking devices -> no dye packs. Nobody needs to get hurt. Do it fast!" The bank teller complied with the demand note and placed $112 inside the female's purple handbag. The female then took the purple bag and walked out of the bank. The still images below were taken from the bank's security footage:

  

**Robbery 3**

10.    On May 18, 2024 at approximately 12:26 PM, a then-unidentified female subject robbed the Desert Financial Credit Union, an NCUA federally insured institution, located at 1245 East Broadway Road, Tempe, Arizona 85282. Witnesses to the robbery described the individual as a white female, 25-30 years old, approximately 5'03" to 5'05" in height and weighing around 135 pounds. Witnesses also said the female was wearing a red hat with an Arizona Cardinals NFL logo on the front, a long-sleeve white V-neck off-the-shoulder shirt with maroon bra-straps showing, aviator-style sunglasses, blue jeans, white shoes, and carrying a dark-colored zippered bag. The zippered bag appeared to be purple on the inside.

11.    According to witnesses and a review of surveillance footage, the female entered the bank, walked through the customer queue line, approached the teller counter, and presented a demand note to a victim teller. Upon reading the note, the victim teller came across the word "shoot" and realized it was a robbery. The victim teller complied with the demand and placed some money inside the zippered bag that the female had brought with her. The remainder of the money was handed to the female. In total, the victim teller handed over $476 and thought she remembered placing the demand note in the bag as well. After receiving the money, the female subject exited the credit union on foot. The female subject then fled south from the credit union until out of view of witnesses. The still images below were taken from the credit union security video:



*Additional Attempted Robbery*

**Robbery 4**

12.    On June 29, 2024 at approximately 9:46 AM, a then-unidentified female subject attempted to rob a Wells Fargo Bank, an FDIC federally insured institution, located at 3495 West Chandler Boulevard, Chandler, Arizona 85226. The Chandler Police Department received a 911 call from a teller at the Wells Fargo Bank who reported a woman had just tried to rob the bank by passing a threatening note demanding money. The victim teller began to comply with the demand note by slowly pulling money from her drawer and counting it. The female told the victim teller to hurry up but eventually became impatient and left the bank on foot without obtaining any money.

13.    According to witnesses, the individual was described as a White female, appearing to be in her late twenties or thirties and of average build. Witnesses also said that she was wearing a plain white baseball cap, large dark sunglasses, a long-sleeved baggy blue sweater, dark-colored leggings, and gray sneakers. According to both witnesses and a review of surveillance footage, the individual had in her right hand what appeared to be a paper note. The note was recovered by investigators at the bank and, when reviewed, the

note read, "Give me 10s, 20s, 50s, 100s. No GPS / No trackers, No dye packs don't fuck around hurry up. We don't want to hurt anyone." The still images below were taken from the bank security video:



14.    Investigators believe the same female subject committed Robberies 1-4. This is based on similar physical characteristics/descriptions; a similar modus operandi, to include the demand note verbiage; the subject was observed wearing some of the same clothing, including the visible maroon bra strap and shoes in Robbery 2 and 3; and in Robbery 3 the bag the subject used appeared to be the same bag as used in Robbery 2, only that it was turned inside out. Robberies 2 and 3 also both occurred on May 18, 2024, within an hour-and-a-half of each other.

15.    Subsequent to the above robberies, on July 5, July 15, and July 20, 2024, a male later identified as Maxwell Weissman SCHROFF robbed three banks in a similar manner (i.e., using threatening notes). SCHROFF was also identified as the White male standing suspiciously behind the female robber with sunglasses in the fourth robbery incident, which was an attempt. Initially, it was suspected that his girlfriend was the female robber in Robberies 1-4.

16.    On July 29, 2024, investigators arrested SCHROFF and interviewed him. SCHROFF adamantly denied that his girlfriend was involved, instead identifying the getaway driver's girlfriend Vanessa as the female robber. SCHROFF then identified himself and Vanessa from surveillance in the robbery attempt discussed above (Robbery 4). He also identified Vanessa from the first two robbery incidents. SCHROFF ultimately admitted to his involvement and was later sentenced to prison in CR-24-01441-PHX-SHD.

17.    From the interview and other items seized in the investigation – including an identification found in the getaway vehicle – investigators identified VANESSA THOMPSON as the potential female robber for Robberies 1-4. On July 31, 2024, investigators created a photo lineup containing a known photo of VANESSA THOMPSON. The lineup consisted of six color photos of similar looking subjects. On August 2, 2024, investigators met with one of the victim tellers from Wells Fargo. The victim identified THOMPSON, saying, "I want to say that one," and going on to further state that she believed that was her based on the nose and fuller lips. Previously, investigators showed the victim tellers from Robberies 1-4 a photographic lineup with SCHROFF's girlfriend and none of the victim tellers identified her.

18.    Agents subsequently attempted to locate THOMPSON but were unable, largely because THOMPSON was transient. On April 27, 2026, investigators finally met with THOMPSON, who was and is currently in Maricopa County jail for shoplifting on April 24, 2024. THOMPSON was shown the surveillance pictures above and admitted to being the female robber in each. THOMPSON stated that she was the orchestrator of the robberies, and while there were others who helped, the plan and execution of the robberies was on her.

## REQUEST FOR AUTHORIZATION

19.    For these reasons, I submit there is probable cause that VANESSA THOMPSON committed the four bank robberies described above, in violation of Title 18, United States Code, Section 2113(a), Bank Robbery and Incidental Crimes.

20.    I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

MICHAEL BOZZELLI
Digitally signed by
MICHAEL BOZZELLI
Date: 2026.04.30
09:26:07 -07'00'

Special Agent Michael Bozzelli
Federal Bureau of Investigation


Subscribed and sworn telephonically before me this __30__ day of April, 2026. @ 10:22 a.m.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge